UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marc A. Levey, *et al.*,

    Plaintiffs,

v.                                         Case No. 1:09cv845

Citrus and Allied Essences Ltd., *et al.*,      Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court upon Defendant's Motion for Protective Order. (Doc. 145.) As discussed during the conference held on May 4, 2011, the parties have resolved the discovery dispute with regard to the deposition of the Rule 30(b)(6) witness. Accordingly, Defendant's Motion for Protective Order (Doc. 145) is **DENIED as MOOT**.

    **IT IS SO ORDERED.**

                                               */s/ Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court