# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MARC A. LEVEY,** *et al.* | CASE NO. 1:09-CV-845 |
| Plaintiffs, | JUDGE MICHAEL R. BARRETT |
| vs. | |
| **CITRUS & ALLIED ESSENCES LTD.,** *et al.* | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Now comes the defendant, Emoral, Inc. (f/k/a Polarome International Inc.), by and through counsel, and hereby gives notice of the withdrawal as counsel of record of Hinshaw & Culbertson, LLP, 222 N. LaSalle Street, Suite 300, Chicago, IL 60601, and its attorneys: Daniel W. McGrath, Esq.; Steven M. Klaczynski, Esq.; James Hofert, Esq.; Aimee Delaney, Esq.; and Jennifer L. Steinmetz, Esq. Christopher J. Mulvaney and the law firm of Ulmer & Berne LLP remain as counsel of record for Emoral, Inc.

/s/ *Christopher J. Mulvaney*
Christopher J. Mulvaney (0068517)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 698-5056
Fax: (513) 698-5057
cmulvaney@ulmer.com
***Attorneys for Defendant Emoral, Inc.***

# CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2013, the foregoing Notice of Withdrawal of Counsel was served, via electronic mail, upon:

Sean S. Kelly, Esq.
Mark Wintering, Esq.
Robert E. Sweeney Co., L.P.A.
55 Public Square, Suite 1500
Cleveland, OH 44113
seankelly@rescolaw.com
mwintering@rescolaw.com

Kenneth B. McClain, Esq.
Steven E. Crick, Esq.
Andrew K. Smith, Esq.
Scott B. Hall, Esq.
J'Nan C. Kimak, Esq.
Scott A. Britton-Mehlisch, Esq.
Donald H. Loudon, Esq.
Chris R. Miller, Esq.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050
kbm@hfmlegal.com
sec@hfmlegal.com
aks@hfmlegal.com
sbh@hfmlegal.com
jck@hfmlegal.com
sbm@hfmlegal.com
dhl@hfmlegal.com
crm@hfmlegal.com
***Attorneys for Plaintiffs***

                                              /s/ *Christopher J. Mulvaney*
                                              Christopher J. Mulvaney (0068517)